FILED
2011 AUG -1 AM 10:29
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____ DEP CLK

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| In re FOUR SEASONS AUTO REPAIR SERVICE CENTERS INC.<br><br>                Debtor | Case No. 08-46542-PBS<br>Chapter 11<br><br>Adv. Proc. No. 11-04139PBS |
| DAVID HAIJ, pro se,<br>an individual, and as sole<br>successor in interest to<br>Pro-Tech Collision Repair, Inc.,<br>an inactive Washington Corporation<br><br>                Plaintiff,<br><br>v.<br><br>FOUR SEASONS AUTO REPAIR SERVICE CENTERS, INC.<br><br>                Defendant | PLAINTIFF/CREDITOR'S MOTION FOR VOLUNTARY DISMISSAL (NONSUIT) OF ADVERSARIAL PROCEEDING UNDER RULE 41 |

I, David Haij, Plaintiff in the above captioned Adversarial Proceeding, move this court to grant this motion for Voluntary Dismissal (nonsuit) of this Action without prejudice and that each party bear their own expense.

Submitted this 29th Day of July 2011

_____
David Haij, Plaintiff pro se
10103 NE 28th Place
Vancouver, WA 98686
Phone: (360) 903-1199

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
(NON SUIT) Page 1

# DECLARATION OF SERVICE BY MAIL

I, David Haij, Plaintiff in Case No. 08-46542-PBS and Adv. Proc. No. 11-04139-PBS David Haij, et al v. Four Seasons Auto Repair Service Centers Inc., swear under penalty of perjury under the laws of the United States that I caused to be served by U.S. Mail, First Class, Postage Prepaid, the following documents to the below named party:

Documents: PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION; PROPOSED ORDER.

Filed by U.S. Mail:

Clerk, U.S. Bankruptcy Court for the
Western District of Washington at Tacoma
1717 Pacific Ave.
Tacoma, WA 98402

Served by mail:

Timothy J. Dack, Attorney for Four Seasons
1201 Main Street           AND 916 MAIN STREET
Vancouver, WA 98660            VANCOUVER, WA. 98660

Signed and deposited into the United States Mail this 29TH Day of July 2011

_____
David Haij, Plaintiff pro se
10103 NE 28th Place
Vancouver, WA 98686
Phone: (360) 903-1199