Entered on Docket August 10, 2011

FILED _____
LODGED _____
RECEIVED _____

AUG 09 2011

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____ DEPUTY

Timothy J. Dack, WSBA #18870
Attorney at Law
916 Main Street
P.O. Box 61645
Vancouver WA 98666-1645
(360) 694-4227
Attorney for Four Seasons Auto Repair Service Centers, Inc.

| | |
|---|---|
| Judge: | Paul B. Snyder |
| Chapter: | 7 |
| Location: | Vancouver, WA |
| Hearing: | August 9, 2011 |
| Time: | 9:00 am |
| Response Date: | August 2, 2011 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

Four Seasons Auto Repair Service Centers, Inc.,

Debtor.

NO. 08-46542-PBS

David Haij, pro se, an individual, and as sole successor in interest to Pro-Tech Collision Repair, Inc., an inactive Washington Corporation,

Plaintiff,

vs.

Four Seasons Auto Repair Service Centers, Inc.,

Defendant.

ADV. PROC. 11-04139-PBS

JUDGMENT OF DISMISSAL OF FOUR SEASON'S ON THE PLEADINGS
BR 7012(b)

This matter came before the Court on the motion of Defendant Four Seasons Auto Repair Service Centers, Inc. ["Four Seasons"] for entry on judgment dismissing the above entitled adversary proceeding against Four Seasons based upon the pleadings filed by the plaintiff in this matter. The Court has reviewed the files and pleadings herein, including the motion filed by

JUDGMENT OF DISMISSAL OF FOUR SEASON'S ON
THE PLEADINGS
BR 7012(b)

Page 1 of 2

Law Office of
**Timothy J. Dack**
Mailing | PO Box 61645, Vancouver, WA 98666-1645
Office | 916 Main Street, Vancouver, WA 98660
t: 360-694-4227 | f: 360-450-3090

Four Seasons and the response filed by the plaintiff, has heard the argument of the parties, and is otherwise fully apprised of the premises of Four Season's motion. Based on the foregoing, it is hereby,

ORDERED, ADJUDGED and DECREED that the above entitled adversary is dismissed, with prejudice; it is further

ORDERED, ADJUDGED and DECREED that the plaintiff, David Haij, shall pay to Four Seasons the sum of $_____0_____ as attorney's fees for Four Seasons defending itself in this matter; and, it is further

ORDERED, ADJUDGED and DECREED that the plaintiff, David Haij, shall pay to Four Seasons the sum of $_____0_____ as costs, including US Trustee fees.

Dated this __9__ day of August, 2011.

_____
The Honorable Paul B. Snyder, Bankruptcy Judge

Presented by:

_____
Timothy J. Dack, WSBA#18870
Attorney for Defendant Four
Season Auto Repair Centers, Inc.

JUDGMENT OF DISMISSAL OF FOUR SEASON'S ON
THE PLEADINGS
BR 7012(b)

Law Office of
Timothy J. Dack
Mailing| PO Box 61645, Vancouver, WA 98666-1645
Office | 916 Main Street, Vancouver, WA 98660
t: 360-694-4227 | f: 360-450-3090

Page 2 of 2